IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FEDERAL INSURANCE COMPANY,
an Indiana Corporation, as subrogee of
Hunter Marine Corporation,

      Plaintiff,

v.                                  CASE NO.: 1:11cv51-SPM/GRJ

MCDONALD & ASSOCIATES MARINE
HAULERS, INC., a Florida Corporation,

      Defendant.
_____/

**ORDER DISMISSING WITHOUT PREJUDICE COUNTS I AND II
OF PLAINTIFF'S AMENDED COMPLAINT**

Upon consideration of Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Counts I and II of Amended Complaint (doc. 7) it is

ORDERED AND ADJUDGED:

1.    Counts I and II of Plaintiff's Amended Complaint are dismissed without prejudice.

2.    This case shall proceed on Count III of the Amended Complaint.

DONE AND ORDERED this 18th day of July, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Senior United States District Judge